UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>RICARDO FLORES<br><br>                           Defendant. | Case No.: 3:14-cr-00149-BEN-2<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 144]** |

Movant Ricardo Flores filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 144. Since filing his Motion, Movant absconded from the custody of the Bureau of Prisons.[1]

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, 993 F.3d 797, 801-02 (9th Cir. 2021).

There is currently an active warrant for Movant's arrest. *See* ECF No. 142. Under these circumstances, the Court believes granting his motion would pose a significant danger to the community. The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Date: June 7, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge

---

[1] *See* https://www.bop.gov/inmateloc/